```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CESAR SIERRA,                                                     :
:
    Plaintiff,                                                    :
:  19-cv-8455 (LJL)
    -v-                                                           :
:  ORDER
ALMA REALTY CORP., et al.,                                        :
:
    Defendants.                                                   :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Complaint in this action was filed on September 11, 2019, and the parties have been in mediation since November 27, 2019. The parties are directed to jointly file a letter informing the Court on the status of mediation discussions and the action by July 20, 2020.

SO ORDERED.

Dated: July 6, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge