UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/19/2020
```

-----------------------------------------------------------------------X
                                :

CESAR SIERRA,                         :

                              :

                 Plaintiff,       :

                              :           19-cv-8455 (LJL)

      -v-                       :

                              :           ORDER

ALMA REALTY CORP., ALLIED REALTY &    :
DEVELOPMENT CORP., NEW YORK CITY    :
CAPITAL LLC, BRAZOS UNITED LLC, and  :
BAHRAM HAKAKIAN,                 :

                              :

                 Defendants.    :

                              :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff and Defendant Alma Realty Corp. have submitted a settlement for approval by this Court pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). *See* Dkt. No. 61.

      It is hereby ORDERED that a hearing on the settlement is scheduled for August 26, 2020 at 3:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      Plaintiff's counsel should ensure that Plaintiff attends the teleconference. Defense counsel should be prepared to recite the principal terms of the settlement, and Plaintiff's counsel should be prepared to confirm them.

      SO ORDERED.

Dated: August 19, 2020
       New York, New York           _____
                                  LEWIS J. LIMAN
                           United States District Judge