```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
CESAR SIERRA,                                                  :
                                                               :
                                Plaintiff,                     :
                                                               :          19-cv-8455 (LJL)
                -v-                                            :
                                                               :             ORDER
ALMA REALTY CORP., ALLIED REALTY &                             :
DEVELOPMENT CORP., NEW YORK CITY                               :
CAPITAL LLC, BRAZOS UNITED LLC, and                            :
BAHRAM HAKAKIAN,                                               :
                                                               :
                                Defendants.                    :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020

LEWIS J. LIMAN, United States District Judge:

A hearing on the settlement between Plaintiff and Defendant Alma Realty Corp. was held on August 26, 2020 and memorialized by transcript. For the reasons stated at that hearing, the Court finds that the settlement is fair and reasonable and approves Plaintiff's counsel's request for attorneys' fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020).

SO ORDERED.

Dated: August 27, 2020  
New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge