```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CESAR SIERRA,                                                        :
                                                                     :
                              Plaintiff,                             :
                                                                     :         19-cv-8455 (LJL)
               -v-                                                   :
                                                                     :            ORDER
ALMA REALTY CORP., et al.,                                           :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021

LEWIS J. LIMAN, United States District Judge:

The parties in this matter have reached a settlement. *See* Dkt. No. 65. The case was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Under current Second Circuit law, any settlement—including any proposed attorney's fee award—must be scrutinized by the Court to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The settlement approval hearing will take place in lieu of the post-discovery status conference scheduled for February 17, 2021 at 3:00 p.m. The parties are directed to appear telephonically, and Plaintiff shall appear at the hearing. The parties are directed to dial (888) 251-2909 and use access code 2123101.

SO ORDERED.

Dated: February 4, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge