UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/4/2021__
```

------------------------------------------------------------------X
                                                      :

CESAR SIERRA,

                 Plaintiff,     :

                                 :               19-cv-8455 (LJL)

       -v-                 :

                                 :                  ORDER

ALMA REALTY CORP., et al.,

                                 :

             Defendants.    :

                                 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties in this matter have reached a settlement.  *See* Dkt. No. 65.  The case was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.  Under current Second Circuit law, any settlement—including any proposed attorney's fee award—must be scrutinized by the Court to ensure that it is fair.  *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The settlement approval hearing will take place in lieu of the post-discovery status conference scheduled for February 17, 2021 at 3:00 p.m.  The parties are directed to appear telephonically, and Plaintiff shall appear at the hearing.  The parties are directed to dial (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: February 4, 2021
      New York, New York                  _____

                                            LEWIS J. LIMAN
                                      United States District Judge